F.# 2010R00319

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    NOTICE OF MOTION

   - against -                             Cr. No. 12-274 ARR

JAMES ABADIE,

           Defendant.

- - - - - - - - - - - - - - - - - - - -X

           Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

                                       LORETTA E. LYNCH
                                       United States Attorney
                                       Eastern District of New York

                            By: _____
                                Sarah Coyne
                                Assistant U.S. Attorney

Dated:    Brooklyn, New York
           April 17, 2012